■ In the Matter of GARY ATTI et al., Respondents, v STANLEY M. MAKOWSKI, as Mayor of the City of Buffalo, et al., Appellants.—Judgment unanimously affirmed, without costs, on the memorandum decision at Special Term, Kronenberg, J. (See, also, *Matter of Lytle v Christian,* 47 AD2d 824.) (Appeal from judgment of Erie Supreme Court—art 78.) Present— Marsh, P. J., Cardamone, Dillon, Hancock, Jr., and Witmer, JJ.

■ In the Matter of BERNARD HOFFMAN, Appellant.—Order unanimously affirmed, without costs. (See *Matter of Bell v New York State Liq. Auth.,* 48 AD2d 83.) (Appeal from an order of Erie Supreme Court—dismiss proceeding.) Present—Marsh, P. J., Cardamone, Dillon, Hancock, Jr., and Witmer, JJ.